IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| STEPHEN W. QUICK | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv466 |
| EXECUTIVE DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE<br>JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Stephen W. Quick, proceeding *pro se*, filed the above-styled lawsuit pursuant to 42 U.S.C. § 1983. The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this case. The magistrate judge recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this case.

So **ORDERED** and **SIGNED** this **13** day of **September, 2006.**

_____
Ron Clark, United States District Judge